# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMRENT INTERNATIONAL, LLC** and **EXPERIUM TECHNOLOGIES, LLC,** | : : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | No. 13-5732 |
| v. | : : | **JURY TRIAL DEMANDED** |
| **LANCE PALATINI,** Defendant. | : : : | |

# O R D E R

**AND NOW** this 24th day of October 2013, upon consideration of the motion filed by defendant Lance Palatini to dismiss pursuant to Fed. R. Civ. P. 12(b)(3), or in the alternative, to transfer to the Eastern District of Virginia (Doc. No. 7) and responses thereto, it is hereby **ORDERED** that defendant's motion is **GRANTED** and this action is hereby transferred to the United States District Court for the Eastern District of Virginia.

It is further **ORDERED** that such order shall be implemented immediately without the 21 day stay period contemplated by Local Rule 3.2.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.